

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00573-CV

Christopher **CASALS** and Eric Jones,
Appellants/Cross-Appellees

v.

**CITY OF SAN ANTONIO**, Mayor Julian Castro, in his official capacity,
and Fire Chief Charles N. Hood,
Appellees/Cross-Appellants

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-18854
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
          Karen Angelini, Justice
          Sandee Bryan Marion, Justice

Delivered and Filed:  December 17, 2014

DISMISSED

The parties have filed a joint motion to dismiss this appeal and cross-appeal. The motion

is granted, and the appeal and cross-appeal are dismissed. *See* TEX. R. APP. P. 42.1(a), 43.2(f).

Costs of appeal are taxed against the parties who incurred them.

PER CURIAM